



Rebecca Dawson
rdawson@glancylaw.com
230 Park Ave, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Direct Dial: (213) 521-8007

**Application GRANTED.** The initial pretrial conference scheduled for January 9, 2025, and its concomitant deadlines, are **ADJOURNED SINE DIE**. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 7.

Dated: January 8, 2025
New York, New York

*[signature]*

Dale E. Ho
United States District Judge

December 20, 2024

**VIA ECF**

The Honorable Dale E. Ho
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Jacob Wilson v. Xerox Holdings Corporation, et al.,* 1:24-cv-08809-DEH

Dear Judge Ho:

  Pursuant to Rule 2 (e) of Your Honor's Individual Rules of Practice, we write on behalf of Plaintiff Jacob Wilson ("Plaintiff") to request the adjournment of the initial pretrial conference, currently scheduled for January 9, 2025 at 12:30 p.m., and vacate the January 2, 2025 deadline to file a joint letter and Civil Case Management Plan and Scheduling Order. ECF No. 5.

  This is a securities class action alleging claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*. (the "PSLRA"). ECF No. 1. The PSLRA provides the procedure to appoint a lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3. In accordance with the PSLRA, the deadline for any putative class member to move for appointment as lead plaintiff is January 21, 2025. The lead plaintiff is the putative class member "that the court determines to be most capable of adequately representing the interests of class members." 15 U.S.C. § 78u-4(a)(3)(B)(i). Under the PSLRA, "discovery and other proceedings are staying during the pendency of any a motion to dismiss." 15 U.S.C. § 78u-4(a)(3)(B).

  Defendant Xerox Holdings Corporation was served with the Summons and Initial Complaint on December 10, 2024. ECF Doc. No. 6-1. As of the date of writing, counsel for Defendants Xerox Holdings Corporation, Steven J. Bandrowczak, and Xavier Heiss ("Defendants") have not appeared. As a result, Plaintiff has been unable to confer with Defendants regarding the joint letter in advance of the initial pretrial conference or the Civil Case Management Plan and Scheduling Order.

  Due to the lead plaintiff process, and in light of the discovery stay and Defendants' non-appearance, Plaintiff requests the adjournment of the initial pretrial conference, currently

The Honorable Dale E. Ho
December 20, 2024
Page 2

scheduled for January 9, 2025, and the associated deadlines, until after the resolution of the anticipated lead plaintiff process.

Pursuant to Your Honor's Individual Rules of Practice 2 (e)(v) Plaintiff is unable to present three alternative conference dates which are mutually agreeable to all parties absent Defendants' appearance.

There have been no prior requests for adjournment or extension. Defendants' consent to this letter could not be obtained absent their appearance.

We appreciate the Court's consideration of this request, and are available at the Court's convenience should Your Honor have any questions.

Thank you.

Respectfully,

*/s/ Rebecca Dawson*
Rebecca Dawson