UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JACOB WILSON, *individually and on behalf of all* : 
*others similarly situated*, :
: 24-CV-8809 (DEH)
Plaintiff, :
: <u>ORDER REGARDING</u>
-v- : <u>NOTICE TO PURPORTED</u>
: <u>PLAINTIFF CLASS</u>
XEROX HOLDINGS CORP., et al., : <u>MEMBERS</u>
:
Defendants. :
:
-------------------------------------------------------------------- X

DALE E. HO, United States District Judge:

      On November 19, 2024, Plaintiff filed a putative class action "on behalf of persons and entities that purchased or otherwise acquired Xerox securities between January 25, 2024 and October 28, 2024, inclusive." Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than January 15, 2025**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated: January 8, 2025
      New York, New York

                                                       DALE E. HO
                                                United States District Judge