UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                     :
JACOB WILSON, *individually and on behalf of all*                    :
*others similarly situated*,                                         :
                                                                     :     24-CV-8809 (DEH)
                    Plaintiffs,                                 :
                                                                     :
     -v-                                                            :
                                                                     :
XEROX HOLDINGS CORPORATION, et al.,                                  :
                                                                     :
                    Defendants.                                 :
                                                                     X
---------------------------------------------------------------------:
VICTOR LAVALLEE,                                                     :
                                                                     :
                    Plaintiff,                                  :     25-CV-371 (DEH)
                                                                     :
     -v-                                                            :
                                                                     :     ORDER
STEVEN J. BANDROWCZAK, et al.,                                       :
                                                                     :
                    Defendants.                                 :
                                                                     :
---------------------------------------------------------------------X

DALE E. HO, United States District Judge:

       On November 19, 2024, Plaintiff Jacob Wilson filed a complaint in 24-CV-8809. On January 14, 2025, Plaintiff Victor LaVallee filed a similar complaint in 25-CV-371. As of this Order, no motion for consolidation has been filed, but 25-CV-371 has been accepted by the Court as related to 24-CV-8809, and the cases appear to involve common questions of law and fact.

       The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **January 24, 2025**. If no party files a letter

opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  Unless and until the Court orders otherwise, the motion deadlines and the hearing date for appointment of a lead plaintiff in 24-CV-8809 (*see* Docket No. 17) remain in effect.  If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **January 24, 2025**.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: January 17, 2025
      New York, New York

                                        DALE E. HO
                              United States District Judge