**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACOB WILSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XEROX HOLDINGS CORPORATION, STEVEN J. BANDROWCZAK, and XAVIER HEISS, <br><br> Defendants. | Case No. 1:24-cv-08809-DEH |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF JACOB WILSON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD <u>COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Jacob Wilson ("Wilson") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Jacob Wilson's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published November 19, 2024 on *Business Wire* announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:    Analysis of Wilson's financial interest; and

Exhibit C:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of January 2025.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 21, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 21, 2025, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh