# EXHIBIT B

# Financial Interest Analysis

**Company Name:** Xerox Holdings Corporation
**Ticker:** XRX
**Class Period:** 01/25/2024 - 10/28/2024
**Name:** Jacob Wilson

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/17/2024 | 2,000 | $13.7800 | -$27,560.0000 | | $0.0000 | -$27,560.00 |

| **Shares Retained:** | **2,000** | | | | **Subtotal:** | **-$27,560.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $17,489.82 |
| | | | $8.7449 | 2,000 | **Total:** | **-$10,070.18** |

<u>Notes</u>

The 90-Day Average Price used in this financial interest analysis is the average closing price between October 29, 2024 and January 17, 2025.