# EXHIBIT A

## Certification of Plaintiff Pursuant to Federal Securities Laws

I, Richard A. Harrison, individually and on behalf of the HARRISON LIVING TRUST, dated December 14, 2004 for which I am the co-trustee and duly authorized to individually act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Xerox Holdings Corporation which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this:

Date: January 20, 2025

Name: Richard A. Harrison

Co-Trustee, HARRISON LIVING TRUST, dated December 14, 2004

Signature:

| Case Name | Xerox Holdings Corporation |
|---|---|
| Ticker | XRX |
| Class Period | 01-25-2024 to 10-28-2024 |

**Account 1**
**Client Name**
Richard A. Harrison

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 4/9/2024 | P | 500 | $ 17.1000 |
| 4/30/2024 | P | 370 | $ 13.5500 |
| 4/30/2024 | P | 130 | $ 13.5500 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 4/30/2024 | SO | -3 | CALL (XRX)  JAN 17 25 $15 | $1.17 |
| 9/4/2024 | BC | 3 | CALL (XRX)  JAN 17 25 $15 | $0.05 |
| 5/28/2024 | SO | -3 | CALL (XRX)  JUN 20 25 $15 | $1.70 |
| 12/30/2024 | BC | 3 | CALL (XRX)  JUN 20 25 $15 | $0.17 |
| 6/10/2024 | SO | -3 | CALL (XRX)  JUN 20 25 $17 | $1.20 |
| 7/9/2024 | BC | 3 | CALL (XRX)  JUN 20 25 $17 | $0.40 |

| Case Name | Xerox Holdings Corporation |
|---|---|
| Ticker | XRX |
| Class Period | 01-25-2024 to 10-28-2024 |

**Account 2**
**Client Name**
HARRISON LIVING TRUST dated December 14 2004

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 4/1/2024 | P | 1000 | $ 17.7000 |
| 7/9/2024 | P | 1000 | $ 10.8800 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 4/1/2024 | SO | -2 | CALL (XRX)  OCT 18 24 $20 | $1.15 |
| 10/21/2024 | Expired | 2 | CALL (XRX)  OCT 18 24 $20 | $0.00 |
| 4/1/2024 | SO | -4 | CALL (XRX)  JAN 17 25 $25 | $0.50 |
| 1/7/2024 | Expired | 4 | CALL (XRX)  JAN 17 25 $25 | $0.00 |
| 7/9/2024 | SO | -6 | CALL (XRX)  JUN 20 25 $15 | $0.60 |
| 7/9/2024 | SO | -3 | CALL (XRX)  JUN 20 25 $15 | $0.60 |
| 7/9/2024 | SO | -1 | CALL (XRX)  JUN 20 25 $15 | $0.60 |