# EXHIBIT B

| Client Name | Richard A. Harrison |
|---|---|
| Company Name | Xerox Holdings Corporation |
| Ticker Symbol | XRX |
| Security Type | |
| Class Period Start | 01-25-2024 |
| Class Period End | 10-28-2024 |
| 90-DAY Lookback Period Start | 10-29-2024 |
| 90-DAY Lookback Period End | 01-20-2025 |
| 90-DAY Lookback Average | $ 08.74 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $6,580.09 |
| DURA LIFO* Total | $6,580.09 |
| Gross Shares Purchased | 1,000 |
| Net Shares Retained | 1,000 |
| Net Funds Expended | $15,325.00 |

### Richard A. Harrison - Account 1

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-09-2024 | 500 | 17.1 | $ 8,550.00 | | | | | | - | 500 | 500 | $ 08.74 | $ 4,372.45 | $ 4,177.55 | $ 4,177.55 |
| 04-30-2024 | 370 | 13.55 | $ 5,013.50 | | | | | | - | 370 | 370 | $ 08.74 | $ 3,235.62 | $ 1,777.88 | $ 1,777.88 |
| 04-30-2024 | 130 | 13.55 | $ 1,761.50 | | | | | | - | 130 | 130 | $ 08.74 | $ 1,136.84 | $ 624.66 | $ 624.66 |
| Total: | 1,000 | | $15,325.00 | | | | | | | 1,000 | 1,000 | | $8,744.91 | $6,580.09 | $6,580.09 |

| Client Name | Richard A. Harrison |
|---|---|
| Company Name | Xerox Holdings Corporation |
| Ticker Symbol | XRX |
| Security Type | |
| Class Period Start | 01-25-2024 |
| Class Period End | 10-28-2024 |
| 90-DAY Lookback Period Start | 10-29-2024 |
| 90-DAY Lookback Period End | 01-20-2025 |
| 90-DAY Lookback Average | $ 08.74 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $11,090.18 |
| DURA LIFO* Total | $11,090.18 |
| Gross Shares Purchased | 2,000 |
| Net Shares Retained | 2,000 |
| Net Funds Expended | $28,580.00 |

### HARRISON LIVING TRUST dated December 14 2004 - Account 2

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-01-2024 | 1000 | 17.7 | $ 17,700.00 | | | | | | - | 1000 | 1000 | $ 08.74 | $ 8,744.91 | $ 8,955.09 | $ 8,955.09 |
| 07-09-2024 | 1000 | 10.88 | $ 10,880.00 | | | | | | - | 1000 | 1000 | $ 08.74 | $ 8,744.91 | $ 2,135.09 | $ 2,135.09 |
| Total: | 2,000 | | $28,580.00 | | | | | | | 2,000 | 2,000 | | $17,489.82 | $11,090.18 | $11,090.18 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS (Stock + Options) | |
|---|---|
| LIFO Loss Total | $15,745.27 |
| DURALIFO* Total | $15,745.27 |
| Gross Shares Purchased | 3,000 |
| Net Shares Retained | 3,000 |
| Net Funds Expended | $43,905.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Richard A. Harrison**
**Transactions in oration - XRX**
**Class Period: 01-25-2024 to 10-28-2024, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | LIFO Losses/(Gain) Options | ($1,925.00) |
|---|---|---|
| | *Dura* LIFO Losses/(Gain)* Options | ($1,925.00) |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| Trust - 2018 | 4/1/2024 | SO | -2 | CALL (XRX)  OCT 18 24 $20 | 1.15 | ($230.00) |
| Trust - 2018 | 10/21/2024 | Expired | 2 | CALL (XRX)  OCT 18 24 $20 | 0 | $0.00 |
| Trust - 2018 | 4/1/2024 | SO | -4 | CALL (XRX)  JAN 17 25 $25 | 0.5 | ($200.00) |
| Trust - 2018 | 1/7/2024 | Expired | 4 | CALL (XRX)  JAN 17 25 $25 | 0 | $0.00 |
| Trust - 2018 | 7/9/2024 | SO | -6 | CALL (XRX)  JUN 20 25 $15 | 0.6 | ($360.00) |
| Trust - 2018 | 7/9/2024 | SO | -3 | CALL (XRX)  JUN 20 25 $15 | 0.6 | ($180.00) |
| Trust - 2018 | 7/9/2024 | SO | -1 | CALL (XRX)  JUN 20 25 $15 | 0.6 | ($60.00) |
| Trust - 2018 | 1/16/2024 | Retained | 10 | CALL (XRX)  JUN 20 25 $15 | 0.14 | $140.00 |
| ROTH IRA - 7611 | 4/30/2024 | SO | -3 | CALL (XRX)  JAN 17 25 $15 | 1.17 | ($351.00) |
| ROTH IRA - 7611 | 9/4/2024 | BC | 3 | CALL (XRX)  JAN 17 25 $15 | 0.05 | $15.00 |
| ROTH IRA - 7611 | 5/28/2024 | SO | -3 | CALL (XRX)  JUN 20 25 $15 | 1.7 | ($510.00) |
| ROTH IRA - 7611 | 12/30/2024 | BC | 3 | CALL (XRX)  JUN 20 25 $15 | 0.17 | $51.00 |
| ROTH IRA - 7611 | 6/10/2024 | SO | -3 | CALL (XRX)  JUN 20 25 $17 | 1.2 | ($360.00) |
| ROTH IRA - 7611 | 7/9/2024 | BC | 3 | CALL (XRX)  JUN 20 25 $17 | 0.4 | $120.00 |