# EXHIBIT C





# XRX CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Xerox Holdings Corporation

November 19, 2024 10:54 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Wilson v. Xerox Holding Corporation, et al.,* Case No. 24-cv-8809, on behalf of persons and entities that purchased or otherwise acquired Xerox Holdings Corporation ("Xerox" or the "Company") (NASDAQ: XRX) securities between **January 25, 2024 and October 28, 2024**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Xerox investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/Xerox-Holdings-Corporation/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On April 23, 2024, before the market opened, the Company revealed that for second quarter 2024, quarterly revenue was down 12.4% year-over-year to $1.50 billion, net loss fell to -$113 million (down $184 million year-over-year), and equipment sales declined 25.8% year-over-year to $290 million. The Company admitted, in part, "geographic simplification" had driven the year-over-year decline. The Company also partially disclosed that its "Reinvention" plan had been "initially disruptive to sales operations" but assured investors it was "seeing the benefits of the new business unit-led operating model in equipment order momentum."

On this news, the Company's share price fell $1.66, or 10.11%, to close at $14.76 per share on April 23, 2024, on unusually heavy trading volume.

Then, on October 29, 2024, before the market opened, the Company revealed "lower-than-expected improvements in sales force productivity" and "delays in the global launch of two new products" had led to "sales underperformance." The Company disclosed that for third quarter 2024, quarterly revenue was down 7.5% year-over-year to $1.53 billion, net loss fell to -$1.2 billion (down $1.3 billion year-over-year), and equipment sales declined 12.2% year over year to $339 million. In a corresponding earnings call, the Company's Chief Operating Officer John Bruno revealed the product delay was in fact a "forecasting issue" where the Company "had higher expectations that we were going to flush through the older product" which it needed to "sell through" in order to "make those transitions."

On this news, the Company's share price fell $1.79, or 17.41%, to close at $8.49 per share on October 29, 2024, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that, after a large workforce reduction, the Company's salesforce was reorganized with new territory assignments and account coverage; (2) that, as a result, the Company's salesforce productivity was disrupted; (3) that, as a result, the Company had a lower rate of sell-through of older products; (4) that the difficulties in flushing out older product would delay the launch of key products; (5) that, as a result, Xerox was likely to experience lower sales and revenue; and (6) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Xerox securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com