# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACOB WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>XEROX HOLDINGS CORPORATION, STEVEN J. BANDROWCZAK, and XAVIER HEISS,<br><br>        Defendants. | Case No.: 1:24-cv-08809-DEH<br><br>Hon. Dale E. Ho |

**DECLARATION OF RICHARD A. HARRISON IN SUPPORT OF HIS AND THE HARRISON LIVING TRUST, DATED DECEMBER 14, 2004'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Richard A. Harrison, pursuant to 28 U.S.C. § 1746, declare as follow:

1.    I respectfully submit this Declaration in support of my and the HARRISON LIVING TRUST, dated December 14, 2004's (the "Trust") motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Xerox Holdings Corporation ("Xerox" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.    I am co-trustee of the Trust. As co-trustee, I am individually authorized to act on behalf of the Trust in all respects, including this lawsuit. All transactions in Xerox made in the Trust's account that are the subject of the Action were executed by me.

3.    I currently reside in Cave Creek, Arizona. I possess a Bachelor of Business Administration in Accounting. I am currently semi-retired as President of Harrison CPA & Consulting, P.C., a tax compliance, tax preparation, and business consulting firm, which has been in business since 1995. I have been investing in securities for over 40 years. Further, I have

experience hiring and overseeing attorneys for real estate, small claims, and estate planning matters.

4.    I, individually and on behalf of the Trust, am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

5.    Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

6.    I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

7.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: January 20, 2025

Signed:

Name: Richard A. Harrison