UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacob Wilson, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>Xerox Holdings Corporation et al.,<br><br>       Defendants. | 24 Civ. 8809 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Due to a conflict in the Court's calendar, the conference scheduled for **February 13, 2025, at 10:30 a.m. ET is RESCHEDULED to February 18, 2025, at 11:00 a.m. ET**. The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 465 775 227, followed by the pound (#) sign.

  SO ORDERED.

Dated: February 11, 2025
   New York, New York

                        DALE E. HO
                        United States District Judge