**Levi & Korsinsky**

33 Whitehall St., 17th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

February 10, 2025

┌─────────────────┐
│ **MEMO ENDORSED** │
└─────────────────┘

<u>VIA CM/ECF</u>
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.  The Movant is directed to file a Reply not exceeding 5 pages by **Thursday, February 13, 2025**.  SO ORDERED.  The Clerk of Court is respectfully directed to terminate ECF No. 33.

Dale E. Ho
United States District Judge
Dated: February 11, 2025
New York, New York

Re:   ***Wilson v. Xerox Holdings Corporation., et. al.***
      **Case No. 1:24-cv-08809-DEH (S.D.N.Y.)**

Dear Judge Ho:

Our office represents Richard A. Harrison, individually and on behalf of the Harrison Living Trust ("Mr. Harrison"), in the above-referenced matter. Mr. Harrison is a class member who moved for lead plaintiff on January 21, 2025. ECF No. 23. We respectfully seek leave to file the attached Reply Memorandum of Law in further support of Mr. Harrison's motion for appointment as Lead Plaintiff in the Action. The only other opposing shareholder, Jacob Wilson, does not oppose this request.

Local Civil Rule 6.1(b) allows for reply papers. Section 4.C. of Your Honor's Individual Rules and Practices in Civil Cases also contemplates replies. On January 17, 2025, the Court entered Orders setting deadlines for the filing of motions for appointment as Lead Plaintiff, responses to such motions, as well as a February 13, 2025 status conference date. ECF No. 17. The Order was silent on replies.

The Reply is necessary because the opposing movant, Mr. Wilson, introduced new arguments that provided an incorrect statement of the case law concerning the adequacy and typicality requirements under Rule 23(a). ECF No. 32. Specifically, Mr. Wilson confused Mr. Harrison's "covered call" strategy with "selling short." The proposed Reply and accompanying Supplemental Declaration of Richard A. Harrison clarify the issue. Given the ambiguity between the Local Rules and Your Honor's Individual Practices which contemplate replies, and the Court's January 17, 2025 Order which was silent on replies, we respectfully seek leave to file the attached Reply.

Respectfully,

**LEVI & KORSINSKY, LLP**

 /s/ *Adam M. Apton*
Adam M. Apton

Encls.