**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| JACOB WILSON, Individually and on Behalf of All Others Similarly Situated, |
| |
| Plaintiff, |
| |
| v. |
| |
| XEROX HOLDINGS CORPORATION, STEVEN J. BANDROWCZAK, and XAVIER HEISS, |
| |
| Defendants. |

Case No.: 1:24-cv-08809-DEH

Hon. Dale E. Ho

**SUPPLEMENTAL DECLARATION OF RICHARD A. HARRISON**

I, Richard A. Harrison, hereby declare as follows:

1.       I am submitting this declaration in further support of my motion for lead plaintiff, individually and on behalf of the Harrison Living Trust. I understand that one other shareholder has opposed my motion. My hope is that the information contained in this declaration will adequately respond to the argument raised by this other shareholder and assure the Court of my ability to serve as the lead plaintiff in this lawsuit.

2.       I served in the United States Navy from 1966 to 1970. I then attended Post Junior College from 1970 to 1972 earning an Associate of Science degree in Accounting. I attended Hofstra University from 1972 to 1974 earning a Bachelor of Business Administration degree in Public Accounting. I then spent the next twenty or so years working at various companies ranging in size from small local firms to publicly traded companies located in the United States and Europe. I served in different positions ranging from Assistant Comptroller to Vice President Finance to Chief Financial Officer. In 1995, I established Harrison CPA & Consulting, P.C., where I spent

the remainder of my career and continue to work part- time in semi-retirement.

3.    My company provides individual and business tax planning and tax return preparation services. We also provide small- and medium-size company business consulting and specialize in new business start-ups. We offer Statutory Agent Service and Annual Corporate Maintenance Service. My background in finance and accounting has allowed me to provide my clients over the years with tax planning and compliance services as well as management consulting and advice. I believe my professional background will also prove useful in connection with this litigation, if selected to serve as the lead plaintiff.

4.    With respect to the allegations in this case, I invested in Xerox during the Class Period under the belief that the company's stock price would increase or, at a minimum, remain high. To this end, I implemented what is commonly referred to as a "covered call" strategy. A "covered call" strategy allows an investor to invest long in a stock while at the same time generating income.

5.    My trades on April 1, 2024 illustrate how this strategy works. On April 1, 2024, I purchased 1,000 shares of common stock on the open market in the Harrison Living Trust account. I purchased these shares at $17.70/share. At the same time, I sold two call option contracts with an expiration date in October 2024 and strike price at $20 and four call option contracts with an expiration date in January 2025 and a strike price at $25. The pairing of these transactions is an example of a "covered call" trade. I was able to generate income from the option transaction while at the same time retaining my position in the underlying stock.

6.    I engaged in the same "covered call" strategy in connection with nearly all my purchases of Xerox common during the Class Period. For example, on April 30, 2024 and July 9, 2024, I sold call option contracts alongside my purchases of Xerox common stock. I sold call

option contracts at other times too but at all times owned the underlying stock. Like the transactions that occurred on April 1, 2024 described above, these option sales allowed me to generate income while still owning the underlying shares of Xerox common stock.

7.  At all relevant times, I remained bullish on Xerox and believed in the company's then-current value and future prospects. I retained all of the Xerox shares that I owned through the end of the Class Period. Unfortunately, this decision resulted in losses when, on October 29, 2024, Xerox's stock fell to approximately $8.50 per share.

8.  In making my investment decisions concerning Xerox securities during the Class Period, I relied upon both the then-current market prices of Xerox's common stock and the option series on Xerox's common stock that I was considering and ultimately transacted in. My belief and hope at all relevant times was that Xerox's stock would increase or, at minimum, remain at the high level it was trading at when I invested. At no point did I intend or want Xerox's stock price to decrease.

9.  If appointed as the lead plaintiff in this action, I will do my best to maximize the recovery for the class of shareholders that I will represent. I intend to regularly speak and communicate with my attorneys, review pleading and motion papers, and participate in discovery. I followed my investment in Xerox closely during the Class Period and, on that basis, believe that my insight into the company's public statements will prove useful when developing a litigation strategy with my attorneys at Levi & Korsinsky, LLP.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on:

Date: February 10, 2025

3

Signed:

Name: Richard A. Harrison