

Gregory B. Linkh
glinkh@glancylaw.com
230 Park Ave., Suite 358
New York, NY 10169
T: 212.682.5340

February 11, 2025

Application GRANTED.  The Plaintiff is directed to file the proposed Reply by **Friday, February 14, 2025.**  The parties are advised that requests for further briefing will not be granted.  The Clerk of Court is respectfully directed to terminate ECF No. 38.  SO ORDERED.

<u>VIA ECF</u>

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

Dale E. Ho
United States District Judge
Dated: February 12, 2025
New York, New York

Re:     *Wilson v. Xerox Holdings Corporation*, No. 1:24-cv-08809-DEH

Dear Judge Ho:

I write on behalf of Plaintiff and Lead Plaintiff Movant Jacob Wilson to respectfully request leave to file the enclosed proposed reply memorandum of law in further support of Mr. Wilson's motion for appointment as lead plaintiff and approval of lead counsel (Dkt. No. 20). Counsel for Mr Harrison, the only other lead plaintiff movant, does not oppose this request as counsel for Mr. Harrison and Mr. Wilson agreed to jointly consent to each other's motions for leave to file reply memoranda

The proposed reply is necessary to address Mr. Harrison's contention, raised for the first time in Mr. Harrison's opposition memorandum, that his short sales of call options contracts were part of a "covered call" investment strategy and therefore that Mr. Harrison is not a short seller.

Accordingly, Mr. Wilson requests leave to file the enclosed reply.

Respectfully,

*/s/ Gregory B. Linkh*
Gregory B. Linkh

Encls.

CC: All counsel of record.