**MEMO ENDORSED**

# LEVI&KORSINSKY LLP

1111 Summer Street, Ste. 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

Application GRANTED. The parties shall adhere to the briefing schedule
proposed herein. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 28, 2025
New York, New York

**Gregory M. Potrepka**
gpotrepka@zlk.com

February 27, 2025

Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

**VIA ECF**

> **Re:**    *Wilson v. Xerox Holdings Corporation, et al.,* Case No. 1:24-cv-08809-DEH
> (the "Action")

Dear Judge Ho,

We represent lead plaintiff Richard A. Harrison, individually and on behalf of the HARRISON LIVING TRUST ("Lead Plaintiff"), in the above-captioned matter. We write with the permission of counsel for defendants Xerox Holdings Corporation, Steven J. Bandrowczak, and Xavier Heiss (collectively "Defendants," and with Lead Plaintiff the "Parties"), to respectfully request that the Court "so order" the proposed briefing schedule ("Proposed Schedule") below, which the Parties are required to submit by order of the Court dated January 17, 2025. *See* ECF No. 16.

| | |
|---|---|
| Lead Plaintiff's Amended Complaint | 60 calendar days from entry of the Proposed Schedule set forth in this letter. |
| Defendants' Omnibus Motion to Dismiss | 60 calendar days from the filing of the Amended Complaint |
| Lead Plaintiff's Opposition to Omnibus Motion to Dismiss | 60 calendar days from the filing of Defendants' Omnibus Motion to Dismiss |
| Defendants' Omnibus Reply Memorandum | 30 calendar days from the filing of Lead Plaintiff's Opposition to Omnibus Motion to Dismiss |

The parties are available if the Court has any questions.

Respectfully,

Gregory M. Potrepka

CC: All Counsel of Record (via ECF)