**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 28, 2025
New York, New York

---

JACOB WILSON, Individually and on Behalf
of All Others Similarly Situated,

            Plaintiff,

v.

XEROX HOLDINGS CORPORATION,
STEVEN J. BANDROWCZAK, and XAVIER
HEISS,

            Defendants.

Case No.: 1:24-cv-08809-DEH

Hon. Dale E. Ho

---

## LEAD PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff

Richard A. Harrison, individually and on behalf of the HARRISON LIVING TRUST, dated

December 14, 2004, hereby voluntarily dismisses the above-captioned action without prejudice as

to all Defendants, with each party bearing its own attorney's fees and costs.

Dated: April 24, 2025

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Gregory M. Potrepka*
Gregory M. Potrepka (GP1275)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: gpotrepka@zlk.com

*Lead Counsel for Richard A. Harrison,*
*individually and on behalf of the*
*HARRISON LIVING TRUST, dated*

*December 14, 2004, and Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on April 24, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System.

/s/ Gregory M. Potrepka
Gregory M. Potrepka

2